```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 08679
    RONALD BROWN
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
        Debtor
    SSN XXX-XX-7007


------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/10/08 .

    2.  The case was converted to Chapter 7 without confirmation, 07/18/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
AMERICASH LOANS            UNSECURED     NOT FILED              .00           .00
ASPIRE VISA                UNSECURED     NOT FILED              .00           .00
AT&T MOBILITY LLC          UNSECURED     NOT FILED              .00           .00
CHECK INTO CASH            UNSECURED     NOT FILED              .00           .00
CHECK RECOVERY SYSTEMS     UNSECURED     NOT FILED              .00           .00
COLLEGE OF LAKE COUNTY     UNSECURED     NOT FILED              .00           .00
COMCAST                    UNSECURED     NOT FILED              .00           .00
COMCAST                    UNSECURED     NOT FILED              .00           .00
COMED                      UNSECURED     NOT FILED              .00           .00
GREAT LAKES CREDIT UNION   UNSECURED     NOT FILED              .00           .00
CONSUMER PORTFOLIO         UNSECURED     NOT FILED              .00           .00
LAKE COUNTY PLASTIC SURG   UNSECURED     NOT FILED              .00           .00
LAKE COUNTY PUBLIC WORKS   UNSECURED     NOT FILED              .00           .00
LIBERTYVILLE DENTAL ASSO   UNSECURED     NOT FILED              .00           .00
MCI RESIDENTIAL SERVICE<   UNSECURED     NOT FILED              .00           .00
MITCHELL N KAY             UNSECURED     NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED     NOT FILED              .00           .00
NORTH SHORE GAS            UNSECURED     NOT FILED              .00           .00
PATRICIA CARVAJAL          UNSECURED     NOT FILED              .00           .00
REDDY DARAM MD             UNSECURED     NOT FILED              .00           .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                           PAID          PAID

SENEX SERVICES             UNSECURED     NOT FILED              .00           .00
WASTE MANAGEMENT OF IL N   UNSECURED     NOT FILED              .00           .00
        Summary of disbursements:
------------------------------------------------------------------------
                 SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED   .00         .00           .00         .00           .00
PRINCIPAL PAID       .00         .00           .00         .00           .00
INTEREST PAID        .00         .00           .00         .00           .00
TOTAL PAID           .00         .00           .00         .00           .00
The Debtor's attorney, KENNETH S BORCIA & ASSOC       , was allowed $      .00
```

and was paid $          .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                                        PAGE  2
        CASE NO. 08 B 08679 RONALD BROWN